# ALABAMA COURT OF CRIMINAL APPEALS



September 19, 2025

**CR-21-0275**
Donnie Lee Abernathy v. State of Alabama. (Appeal from Cherokee Circuit Court: CC-16-254, CC-16-255, CC-16-256, and CC-16-257).

## NOTICE

You are hereby notified that on September 19, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk